COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 March 26, 2015
 No. 10-15-00095-CR
 TIMOTHY AARON YZAGUIRRE
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the County Court at Law No. 2
 Johnson County, Texas
 Trial Court No. M201400604
 
--------------------------------------------------------------------------------
JUDGMENT

 Timothy Aaron Yzaguirre's Motion to Withdraw Notice of Appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk